No. 02–1775. BARTON *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 02–1777. COHEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1780. DIXON *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–1781. JOSEPH *v.* SALT LAKE CITY CIVIL SERVICE COMMISSION ET AL. Ct. App. Utah. Certiorari denied.

No. 02–1782. MILLER ET AL. *v.* MCMILLIN. Sup. Ct. Miss. Certiorari denied.

No. 02–1783. MAHER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1785. JORDAN *v.* UNITED STATES; and
No. 03–19. WOODWARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 316 F. 3d 1215.

No. 02–1786. ROBINSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 02–1787. BIERENBAUM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 02–1788. TURNER *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–1790. NWANGWA *v.* FEDERAL EXPRESS CORP. C. A. 7th Cir. Certiorari denied.

No. 02–1792. JONES ET AL. *v.* BUFFALO TOWNSHIP. Sup. Ct. Pa. Certiorari denied.